UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| VICTOR EUGENE ROBBINS, | ) | |
| | ) | |
| Movant, | ) | |
| vs. | ) | 1:10-cv-1071-LJM-TAB |
| | ) | IP 97-cr-59-06 H/F |
| UNITED STATES OF AMERICA, | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the movant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:10-cv-1071-LJM-TAB is **dismissed with prejudice.**

Date: 04/07/2011

Laura Briggs, Clerk
United States District Court

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048

Victor Eugene Robbins
#42879-008
Phoenix FCC
Inmate Mail/Parcels
37910 N 45th Ave.
Phoenix, AZ 85086